**Order entered March 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01228-CV

### TEXAS SOCCER FOUNDATION, Appellant

### V.

### STING SOCCER FOUNDATION, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC- 1 7-07441**

## ORDER

Before the Court is the February 28, 2020 request of Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, for an extension of time to file the reporter's record. The reporter's record has now been filed. Accordingly, we **DENY** the motion as moot.

Also before the Court is appellant's February 27, 2020 motion relating to the reporter's record. Because the reporter's record has now been filed, we **DENY** the motion.

/s/     ERIN A. NOWELL
        JUSTICE